UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OLVIN GOMEZ,

          Plaintiff,

   v.

T-MOBILE USA INC, et al.,

          Defendants.

Case No. C24-1468-SKV

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Plaintiff Olvin Gomez filed the complaint in this class action on September 13, 2024. Dkt. 1. He then filed an affidavit of service stating the summons and complaint were served on Defendant T-Mobile USA, Inc. on September 24, 2024. Dkt. 9. To date, T-Mobile has neither appeared in this action nor answered the complaint. As such, Plaintiff is hereby ORDERED to provide the Court with a report on the status of this case, including whether Plaintiff intends to

\\

\\

\\

MINUTE ORDER - 1

prosecute the case or move for default, by **November 4, 2024**.

Dated this 29th day of October, 2024.

Ravi Subramanian
Clerk of Court

By: s/ Stefanie Prather
Deputy Clerk

MINUTE ORDER - 2